UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-41-JWH (KKx)** | Date | March 3, 2022 |
|---|---|---|---|
| Title | ***Sing Kit Leong, et al. v. Summitcrest Capital, Inc., et al.*** | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for Defendants Summitcrest Capital, Inc., Kuanhao Johnny Tseng, and Huapeng Kevin Zheng and Defense Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement and VACATING the March 8, 2022 Settlement Conference**

On January 26, 2022, this matter was referred to the assigned Magistrate Judge for mediation to be completed no later than April 1, 2022.  ECF Docket Nos. ("Dkts.") 28, 34.  On February 8, 2022, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for March 8, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference.  Dkt. 35.  The parties' confidential settlement briefs were due on March 1, 2022.

The Court received Plaintiffs Sing Kit Leong and Xinsheng Wu's Confidential Settlement Conference Statement on March 1, 2022.  The Court, however, still has not received a Confidential Settlement Conference Statement from Defendants Summitcrest Capital, Inc., Kuanhao Johnny Tseng, and Huapeng Kevin Zheng ("Defendants").

The Court, therefore, ORDERS Defendants and defense counsel, Chad Chen, Walter M. Yoka, Shauna J. Avrith, and Gene H. Shioda, to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order.  Accordingly, the settlement conference scheduled for March 8, 2022 is hereby VACATED and Defendants and defense counsel shall respond in writing to this Order to Show Cause no later than **4:00 p.m. on Tuesday, March 8, 2022**.

**IT IS SO ORDERED.**