UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-cv-00041-FWS-KK             Date: February 17, 2023
Title: Sit Kit Leong *et al.* v. Summitcrest Capital, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS REPORT**

    On November 9, 2022, the court stayed this case as to Defendant Kuanho "Johnny" Tseng due to bankruptcy proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California. (Dkt. 56.) The court ordered Defendant Tseng to file a "status report every 90 days until this action is reinstated regarding the status of the ongoing proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California," and stated the first of those reports must be "filed with the court no later than February 7, 2023." (*Id.* at 2.) The docket reflects no such report has been filed. (*See generally* Dkt.)

    Accordingly, the court **ORDERS** Defendant Tseng to show cause, in writing, why monetary sanctions should not issue for failing to comply with the court's order **on or before March 3, 2023**. *See* Fed. R. Civ. P. 16(f) (permitting issuance of sanctions based on a party's failure to abide by a scheduling or other pretrial order). The court may discharge this order if Defendant Tseng files the previously-ordered status report regarding the status of the ongoing proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California is filed **on or before March 3, 2023.**

                                                                                    Initials of Deputy Clerk: mku