_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 5:21-cv-00041-FWS-KK                                          Date: May 31, 2023
Title: Sit Kit Leong *et al.* v. Summitcrest Capital, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS REPORT**

Per the court's November 9, 2022, Order, this case is stayed as to Defendant Kuanho "Johnny" Tseng due to bankruptcy proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California. (Dkt. 56.)  The court also ordered Defendant Tseng to file a "status report every 90 days until this action is reinstated regarding the status of the ongoing proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California." (*Id.* at 2.)  The last such report was filed on February 22, 2023. (Dkt. 61.)  As of the date of this Order, that 90-day period has expired and the court has not received an updated status report.  (*See generally* Dkt.)

Accordingly, the court **ORDERS** Defendant Tseng to show cause, in writing, why monetary sanctions should not issue for failing to comply with the court's order **on or before June 9, 2023**. *See* Fed. R. Civ. P. 16(f).  The court may discharge this order if Defendant Tseng files the previously-ordered status report regarding the status of the ongoing proceedings in Case No. 6:22-bk-14210-SY, United States Bankruptcy Court for the Central District of California is filed **on or before June 9, 2023.**

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku

_____